```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES MURPHY, on behalf of himself and          :
all other persons similarly situated,           :
                                                :    24-CV-9255 (PAE) (RWL)
                     Plaintiffs,                :
                                                :
           - against -                          :    ORDER
                                                :
                                                :
IDRISS DERMATOLOGY, P.C.,                       :
                                                :
                     Defendant.                 :
                                                :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  Plaintiff filed this case on December 4, 2024. Plaintiff requested issuance of a summons on February 6, 2025, which issued on February 7, 2025. The 90-day period for service expired on March 4, 2025. Accordingly, by March 25, 2025, Plaintiff shall file a status report.

              SO ORDERED.

              _____
              ROBERT W. LEHRBURGER
              UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2025
    New York, New York

Copies transmitted this date to all counsel of record.